UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WASH MILLER

VERSUS

UNITED STATES OF AMERICA

CIVIL ACTION

NUMBER 08-90-FJP-DLD

### RULING

This matter is before the Court on the motion for summary judgment by the United States which was filed on February 12, 2009.[1]  Because the plaintiff has failed to oppose this motion within twenty days as required by Local Rule 7.5M, the Court must assume that he has no opposition to this motion.[2]  Furthermore, based on the pleadings submitted, the Court finds that the motion for summary judgment should be granted as a matter of fact and law. Therefore, plaintiff's case is dismissed with prejudice.

IT IS SO ORDERED.

Baton Rouge, Louisiana, April 29, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 10.

[2] See Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."

Doc#45988